JOHN F. SCHEPELER, Respondent, *v.* HENRY EISNER, Appellant.

(Argued June 19, 1873; decided September term, 1873.)

DECIDED on the facts in the case.

*J. E. Burrill* for the appellant.

*Samuel Hand* for the respondent.

JOHNSON, C., reads for affirmance.
All concur.
Judgment affirmed.